UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


JOEL BURROWS,

                         Plaintiff,

v.

JOE HUNT, et al.,                                      Case No. 11-11511
                                                           Hon. Thomas L. Ludington

           Defendants,

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING PLAITNIFF'S MOTION FOR DEFAULT JUDGMENT, AND ENTERING A JUDGMENT IN PLAINTIFF'S FAVOR

United States Magistrate Judge Charles E. Binder issued a report and recommendation (ECF No.19) on January 9, 2012, recommending that the Court grant Plaintiff's motion for default judgment (ECF No. 15).  Plaintiff has already sought and received a clerk's entry of default, which was served on Defendants.  Defendants have not defended the action, and Judge Binder found no evidence that Defendants are incompetent, minors, members of the armed services or officers of the United States.  Judge Binder also concluded that Plaintiff has properly supported his request for a total of $31,002.50 in damages. ECF No. 15 at 9, 10 ($287.00 in costs, $5,003.50 in attorney fees, $25,000 in actual damages and $1,000.00 in statutory damages).  Either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations.  28 U.S.C. § 636(b)(1).  The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.*  Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).

Accordingly, it is **ORDERED** that Judge Binder's report and recommendation (ECF No. 19) is **ADOPTED**.

It is further **ORDERED** Plaintiff's motion for default judgment (ECF No. 15) is **GRANTED**.

It is further **ORDERED** that judgment is entered in favor of the Plaintiff in the amount of $31,003.50.

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: February 9, 2012

<div style="border:1px solid black">

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney of record herein by electronic means and upon Rawlins & Rivera, Inc., at 1200 South Pine Island Road, Plantation, FL 33324 and Joe Hunt, at 311 Sandy Lane, Deltona, FL 32738 by first class U.S. mail on February 9, 2012.

s/Tracy A. Jacobs
TRACY A. JACOBS

</div>